# UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF LOUISIANA LAFAYETTE DIVISION

| | |
|---|---|
| IN RE:<br>   ROOSTER PETROLEUM, LLC<br>   DEBTOR | CASE NO.: 17-50708<br><br>CHAPTER 7 CASE |
| ELIZABETH G. ANDRUS, TRUSTEE<br>   PLAINTIFF<br><br>      versus<br><br>EPIC DIVING & MARINE SERVICES, LLC<br>    DEFENDANT | ADVERSARY PROCEEDING<br>NO.: 19-05038 |

## EX PARTE MOTION TO WAIVE FEE FOR FILING COMPLAINT

NOW INTO COURT comes Elizabeth G. Andrus, the chapter 7 trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Rooster Petroleum, LLC, a Delaware limited liability company, who respectfully represents as follows:

1. On June 2, 2017, Rooster Petroleum, LLC (the "Debtor") filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2. The bankruptcy case was converted to a case under Chapter 7 on December 4, 2017.

3. The Trustee filed this adversary proceeding on May 31, 2019.

4. After the Trustee filed this adversary, she filed an ex parte motion to waive the filing fee. D.E. 2. This Court issued an order on the ex parte motion providing that the

filing fee shall be paid "if and when the estate collects sufficient funds in connection with this adversary proceeding." Order Granting Motion to Defer Fee for Filing Complaint at D.E. 3.

5. The Trustee has not collected any funds in this adversary proceeding and the case has been dismissed.

WHEREFORE, PLAINTIFF PRAYS that this Court enter an ex parte order waiving the filing fee in this proceeding and stating that no filing fees are owed in this adversary proceeding.

Respectfully submitted,

**WIENER, WEISS & MADISON, APC**

By:/s/ Seth M. Moyers
R. Joseph Naus La. Bar No. 17074
Patrick L. McCune La. Bar No. 31863
Seth M. Moyers La. Bar No. 32607
Reid A. Jones La. Bar No. 34611
P.O. Box 21990
Shreveport, Louisiana 71120-1990
Telephone:   (318) 226-9100
Telecopier:   (318) 424-5128

**ATTORNEYS FOR PLAINTIFF,
ELIZABETH G. ANDRUS, CHAPTER 7
TRUSTEE**

# CERTIFICATE OF SERVICE

      I, undersigned counsel for Plaintiff, Elizabeth G. Andrus, Chapter 7 Trustee, hereby certify that I have served this day a true and correct copy of the foregoing via CM/ECF to the following:

      **Epic Diving & Marine Services, LLC**
      Through its counsel of record
      Carl Doré, Jr.
      Doré Law Group, P.C.
      17171 Park Row, Suite 160
      Houston, TX 77084
      Email: carl@dorelawgroup.net

This 7th day of April, 2022.

      /s/ Seth M. Moyers
      OF COUNSEL