**SO ORDERED.**

**SIGNED April 13, 2022.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF LOUISIANA LAFAYETTE DIVISION

| | |
|---|---|
| IN RE:<br>   ROOSTER PETROLEUM, LLC<br>   DEBTOR | CASE NO.: 17-50708<br><br>CHAPTER 7 CASE |
| ELIZABETH G. ANDRUS, TRUSTEE<br>   PLAINTIFF<br><br>   versus<br><br>EPIC DIVING & MARINE<br>SERVICES, LLC<br>     DEFENDANT | ADVERSARY PROCEEDING<br>NO.: 19-05038 |

### ORDER GRANTING MOTION TO WAIVE FEE FOR FILING COMPLAINT

Considering the Ex Parte Motion of the Trustee praying for the entry of an order waiving the filing fees necessary to file the adversary complaint in this proceeding:

**IT IS ORDERED** that the previously-deferred fee payable to the Clerk of Court for the filing of the complaint in this adversary proceeding is hereby waived and no filing fee is owed in connection with this adversary proceeding.

###

**ORDER PREPARED AND SUBMITTED BY:**

**WIENER, WEISS & MADISON, APC**

By:/s/ Seth M. Moyers
R. Joseph Naus La. Bar No. 17074
Patrick L. McCune La. Bar No. 31863
Seth M. Moyers La. Bar No. 32607
Reid A. Jones La. Bar No. 34611
P.O. Box 21990
Shreveport, Louisiana 71120-1990
Telephone:   (318) 226-9100
Telecopier:  (318) 424-5128

ATTORNEYS FOR PLAINTIFF,
ELIZABETH G. ANDRUS, CHAPTER 7
TRUSTEE