**SO ORDERED.**

**SIGNED April 13, 2022.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF LOUISIANA LAFAYETTE DIVISION

| | |
|---|---|
| **IN RE:**<br>    **ROOSTER PETROLEUM, LLC**<br>    **DEBTOR** | **CASE NO.: 17-50708**<br><br>**CHAPTER 7 CASE** |
| **ELIZABETH G. ANDRUS, TRUSTEE**<br>    **PLAINTIFF** | **ADVERSARY PROCEEDING**<br>    **NO.: 19-05038** |
|       **versus** | |
| **EPIC DIVING & MARINE**<br>**SERVICES, LLC**<br>     **DEFENDANT** | |

### ORDER GRANTING MOTION TO WAIVE FEE FOR FILING COMPLAINT

Considering the Ex Parte Motion of the Trustee praying for the entry of an order

waiving the filing fees necessary to file the adversary complaint in this proceeding:

**IT IS ORDERED** that the previously-deferred fee payable to the Clerk of Court for the filing of the complaint in this adversary proceeding is hereby waived and no filing fee is owed in connection with this adversary proceeding.

###

**ORDER PREPARED AND SUBMITTED BY:**

**WIENER, WEISS & MADISON, APC**

By:/s/  Seth M. Moyers
R. Joseph Naus La. Bar No. 17074
Patrick L. McCune La. Bar No. 31863
Seth M. Moyers La. Bar No. 32607
Reid A. Jones La. Bar No. 34611
P.O. Box 21990
Shreveport, Louisiana 71120-1990
Telephone:    (318) 226-9100
Telecopier:    (318) 424-5128

ATTORNEYS FOR PLAINTIFF,
ELIZABETH G. ANDRUS, CHAPTER 7
TRUSTEE

Andrus,

    Plaintiff                                                   Adv. Proc. No. 19-05038-JWK

Epic Diving & Marine Services, LLC,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0536-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: pdf6 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Antoinette Lars, Office of the U.S. Trustee, 300 Fannin Street, Ste. 3196, Shreveport, LA 71101-3122 |
| dft | + | Epic Diving & Marine Services, LLC, 501 Louisiana Avenue, Baton Rouge, LA 70802-5921 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion05.sh.ecf@usdoj.gov | Apr 13 2022 19:10:00 | Office of U. S. Trustee, 300 Fannin St., Suite 3196, Shreveport, LA 71101-3122 |
| pla | + | Email/Text: eandrus@andruslawfirm.com | Apr 13 2022 19:10:00 | Elizabeth G. Andrus, Chapter 7 Trustee, 500 Dover Blvd., Suite 334, Lafayette, LA 70503-5000 |
| intp | + | Email/Text: eandrus@andruslawfirm.com | Apr 13 2022 19:10:00 | Elizabeth G. Andrus, 500 Dover Blvd., Suite 334, Lafayette, LA 70503-5000 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carl Dore', Jr. | on behalf of Defendant Epic Diving & Marine Services  LLC carl@dorelawgroup.net |

Seth Moyers
                on behalf of Plaintiff Elizabeth G. Andrus smoyers@wwmlaw.com  ekraemer@wwmlaw.com

TOTAL: 2